STATE OF NEW JERSEY v. MICHAEL BOLTON.

June 28, 1983.

Petition for certification denied.

INVESTMENT CASTING CORP. v. DIRECTOR, DIVISION
OF TAXATION.

June 28, 1983.

Petition for certification denied.

TOWNSHIP OF LOGAN v. DONALD H. ZANE.

June 28, 1983.

Petition for certification denied.